IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JOHN PHILLIP WALKER, JR.,

      Plaintiff,

v.                                    No. 2:20-cv-00164-MV-KRS

GENESIS EXTRACTIONS, LLC,

      Defendant.

## ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

**THIS MATTER** comes before the Court on Magistrate Judge Kevin R. Sweazea's proposed findings and recommended disposition ("PFRD"). (Doc. 8). In the PFRD, the magistrate judge recommended that Plaintiff's motion for a temporary restraining order (Doc. 3) be denied. Additionally, assuming Plaintiff corrected certain deficiencies outlined in the PFRD and provided notice to Defendant, the magistrate judge recommended allowing Plaintiff's company to file a motion for a preliminary injunction. The parties were notified that objections were due within fourteen days of service of the PFRD and that if no objections were filed, no appellate review would be allowed. To date, no objections have been filed.

**IT IS THEREFORE ORDERED** that:

1. The PFRD (Doc. 8) is **ADOPTED** as an order of the Court;

2. Plaintiff's motion for a temporary restraining order (Doc. 3) is **DENIED**; and

3. If Plaintiff corrects the deficiencies identified in the PFRD, Plaintiff's company may, at its election, file a motion for preliminary injunction upon notice to Defendant.

                                              _____
                                              UNITED STATES DISTRICT JUDGE